# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**
Anthony Duda

**DEFENDANTS**
Chicago Transit Authority

**(b)** County of Residence of First Listed Plaintiff: Cook
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Cook
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Kinoy, Taren & Geraghty, P.C.
224 South Michigan Ave., Suite 300
Chicago, IL 60604   Telephone: 312-663-5210

Attorneys (If Known)

## II. BASIS OF JURISDICTION
[X] 3 Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Diversity Cases Only)
Citizen of This State: PTF [X] 1 / DEF [ ] 1
Incorporated or Principal Place of Business In This State: PTF [ ] 4 / DEF [X] 4

## IV. NATURE OF SUIT
[X] 445 ADA—Employment

## V. ORIGIN
[X] 1 Original Proceeding

## VI. CAUSE OF ACTION
Disability discrimination in Employment, 42 U.S.C. § 12117 et seq

## VII. PREVIOUS BANKRUPTCY MATTERS
(none)

## VIII. REQUESTED IN COMPLAINT:
JURY DEMAND: [X] Yes

## IX. This case
[X] is not a refiling of a previously dismissed action.

DATE: 8/13/08
SIGNATURE OF ATTORNEY OF RECORD: [signature]