## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| ANTHONY DUDA ) | |
| ) | 08 C 4594 |
| Plaintiff, ) | |
| ) | Judge Kennelly |
| v. ) | Magistrate Cox |
| CHICAGO TRANSIT AUTHORITY, ) | |
| ) | |
| Defendant. ) | |

### CTA's Agreed Motion for Extension of Time to Answer or Otherwise Plead

Defendant, Chicago Transit Authority ("CTA"), with the agreement of Plaintiff's counsel, hereby moves for an extension of time to answer or otherwise plead to October 8, 2008. In support of its motion, Defendant states as follows:

1. CTA was served with a copy of Plaintiff's Complaint on August 18, 2008. CTA's answer or responsive pleading is due September 8, 2008.

2. CTA requires an extension of time to thoroughly research the allegations in the complaint.

3. Plaintiff's counsel has no objection to the requested extension of time.

WHEREFORE, CTA respectfully requests that this Court grant it leave to file its answer or responsive pleading on or before October 8, 2008.

Dated: September 4, 2008

                                              Karen Rowan, General Counsel
                                              Chicago Transit Authority

                                              By: _____/s/_____
                                              Carole A. Corns

Chicago Transit Authority
567 West Lake Street
Chicago, Illinois 60661
(312) 681-2937

**CERTIFICATE OF SERVICE**

I hereby certify that on September 4, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send e-mail notification of such filing to the following counsel of record:

Jeffrey L. Taren   ktgtaren@aol.com

s/ Carole A. Corns