IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANTHONY DUDA ) | |
| ) | 08 C 4594 |
| Plaintiff, ) | |
| ) | Judge Kennelly |
| v. ) | Magistrate Cox |
| CHICAGO TRANSIT AUTHORITY, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF MOTION

To: Jeffrey L. Taren
Kinoy, Taren & Geraghty, P.C.
224 S. Michigan Ave., #300
Chicago, Illinois 60604

PLEASE TAKE NOTICE that on Tuesday, September 9, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Matthew Kennelly, in Courtroom 2103 of the U.S. Courthouse located at 219 South Dearborn Street, Chicago, Illinois, and present the attached Agreed Motion for Extension of Time to Answer or Otherwise Plead, a copy of which is hereby served on you.

Dated: September 4, 2008

Karen Rowan, General Counsel
Chicago Transit Authority


By: ____/s/_____
Carole A. Corns

Chicago Transit Authority
567 West Lake Street
Chicago, Illinois 60661
(312) 681-2937